# GRIFFIN AND ASSOCIATES COURT REPORTERS
*2398 EAST CAMELBACK ROAD*
*SUITE 260*
*PHOENIX, AZ 85016*
*PHONE: (602) 264-2230  FAX: (602) 264-2245*
*FED ID# 74-3158557*

MS. KATHERINE R. BRANCH
U.S. ATTORNEY'S OFFICE - AZ
40 NORTH CENTRAL AVE
SUITE 1200
PHOENIX, AZ 85004-4408

October 2, 2015

**Invoice#** 049325

**Balance:** $1,098.85

**Re:** RICHARDSON VS. YANG
 (JAE RICHARDSON)
  on 09/15/15  *Billed* 10/02/15
  *by* MS. LAURA A. ASHBROOK

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: JAE L. RICHARDSON | |
| ATTENDANCE FEE: 7 HRS @ $40.00 PER HR | 280.00 |
| TRANSCRIPT - 162 PAGES @ $3.40 PER PAGE | 550.80 |
| ROUGH DRAFT 162 PAGES @ $1.23 PER PAGE | 199.26 |
| ETRAN ONLY | 24.69 |
| EXHIBIT REPRODUCTION 147 PAGES @ .30 EA | 44.10 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY (NO CHARGE) | |

DCN # P-08-11001
CALL # 008-9-355

"ALL ASPECTS OF THIS INVOICE COMPLY
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

P l e a s e   R e m i t   - - - >  **Total Due:** $1,098.85

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS- VISA/MC/AMERCIAN EXPRESS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS
MAKE CHECK TO: GRIFFIN & ASSOCIATES, LLC
2398 E. CAMELBACK ROAD, SUITE 260
PHOENIX, AZ  85016

Invoice# 049325
Balance$ 1,098.85